IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CHIEF JUDGE  LEWIS  T.  BABCOCK
_____

Courtroom Deputy:  Deborah Hansen          Date:  November 30, 2006
Court Reporter:      Gwen Daniel

_____

Criminal Action No. 06-cr-00436-LTB          *Counsel:*

UNITED STATES OF AMERICA,                    Habib Nasrullah

    Plaintiff,

v.

DAVID WAYNE CATHCART                         Matthew Golla

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - Status/Scheduling

01:30 p.m.     Court in Session

Defendant present and in custody

Court's comments

The defense has filed an unopposed motion under 3161(h)(8) to exclude 90 days from the Speedy Trial Act.

Mr. Nasrullah confirms that the motion is unopposed.

The court will enter a written order granting the motion and excluding 90 days.

1

**ORDERED:** **A further status and scheduling hearing is set Friday, February 23, 2007 at 8:30 a.m.**

01:32 p.m.   Court in Recess
             Hearing concluded
             Time: \02