**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00436-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID WAYNE CATHCART,

    Defendant.
_____

**Order**
_____

    Defendant David Wayne Cathcart ("Cathcart") has filed a motion (Docket # 10) to exclude ninety days from the time calculations of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii). Plaintiff United States of America ("Government") does not oppose this motion.

    I find and conclude that the ends of justice served by a 90 day continuance of the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial because this case is so unusual and complex, due to the nature of the prosecution and the existence of novel issues of law that it is unreasonable to expect adequate preparation within the time limits of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii).

    I so conclude for the following reasons. First, since the prosecution relies in part on evidence obtained from a computer and floppy discs seized in 2006, the defense will need time to review this material. This review will likely involve a protective order (since it contains contraband), reproducing the material and a forensic review, all of which could require several

weeks.  Second, the pre-trial motions in this case, particularly challenges to the search warrant, may raise novel questions of law in light of the technological issues involved.

For these reasons, defendant's motion to exclude 90 days from the calculations the Speedy Trial Act (Docket # 10) is GRANTED.

A hearing on status and scheduling is set for Friday, February 23, 2007 at 8:30am.

**DONE and ORDERED,** this   30th   day of November, 2006 at Denver, Colorado.

    s/Lewis T. Babcock
United States District Chief Judge