IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 06-cr-00436-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID WAYNE CATHCART,

      Defendant.

_____

ORDER
_____

      During the February 23, 2007 hearing, counsel for the defendant, Defendant David Wayne Cathcart, orally moved for an additional ends-of-justice continuance. On December 5, 2006, the Grand Jury returned a superseding indictment, adding one count. The discovery pertaining to the new count consists of some 15,000 images, forensic analysis of which will prove requisite to Mr. Cathcart's defense.

      For those reasons, I find and conclude, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(I) and (iv), that:

1) failure to grant a continuance would be likely to result in a miscarriage of justice;

2) failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that

3) the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

      Accordingly, it is ORDERED that the motion for a continuance is GRANTED and the speedy trial clock shall be tolled until **Wednesday, April 11, 2007 at 8:30 A.M.**

Dated: February __23__, 2007 in Denver, Colorado.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge