# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00436-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID WAYNE CATHCART,

    Defendant.

---

## ORDER

---

THIS MATTER coming before the Court upon the motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this  24th  day of July, 2007.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock
                              District Court Judge